#:108

E-FILED
JAN - 6 2020
Document #

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN MURRIETA, CALIFORNIA,<br><br>Defendant. | No. 5:15-cv-02181-PSG-DFM<br><br>[PROPOSED]<br>CONSENT JUDGMENT OF FORFEITURE |
| DONGYUAN LI AND QIANG YAN,<br><br>Claimants. | |

Plaintiff United States of America (the "government") and Claimants Dongyuan Li and Qiang Yan ("Claimants") submitted a stipulated request for the entry of this Consent Judgment of Forfeiture, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimants filed the only claims and answers, and the time for filing claims and answers has expired. All potential claimants to the defendant Real Property in Murrieta, California (the "defendant property"), other than Claimants, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant property, and no other person or entity shall have any right, title, or interest therein. The Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") shall be ordered to dispose of said property in accordance with law. Claimants agree to execute further documents, to the extent necessary to convey clear title to the defendant property to the government. The Assessor's Parcel Number for the defendant property is 480-701-009. The legal description of the defendant property is:

**PARCEL 1:**

LOT 254 OF TRACT NO. 30433, IN THE UNINCORPORATED AREA OF THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED IN BOOK 438, PAGES 23 THROUGH 60, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY OF SAID COUNTY ("MAP").

RESERVING THEREFROM EASEMENTS FOR MAINTENANCE ENCROACHMENT, SUPPORT, DRAINAGE AND REPAIR AND ALL OTHER PURPOSES AND EASEMENTS AS DESCRIBED IN THE DECLARATION REFERRED TO BELOW AND ANY SUPPLEMENTARY DECLARATION RECORDED AGAINST SUCH RESIDENTIAL LOT AND THE MAP OF RECORD REFERENCED ABOVE, AND SUCH OTHER EASEMENTS AS MAY BE OF RECORD AS OF THE DATE HEREOF.

FUTHER RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSOR IN THE INTEREST AND ASSIGNEES, TO THE EXTENT NOT ALREADY RESERVED BY INSTRUMENTS OF RECORD.

    A.    ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATSOEVER NAME KNOW, TO

ALL GOETHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY "SUBSURFACE RESOURCES");

B. THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT; AND

C. ALL WATER AND WATER RIGHT, IF ANY, WITHIN AND UNDERLYING THE LOT.

FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF THE ASSOCIATION (DEFINED BELOW), A NON-EXCLUSIVE EASEMENT ON, UNDER THROUGH AND ACROSS THAT PORTION OF THE ABOVE REFERENCED LOT DESIGNATED IN THE DECLARATION AS AN ASSOCIATION MAINTENANCE AREA, IF ANY, FOR THE PURPOSE OF MAINTENANCE AND REPAIR, TOGETHER WITH SUCH RIGHTS OF ACCESS NECESSARY TO PERFORM SUCH MAINTENANCE AND REPAIR, AS MORE FULLY PROVIDED IN THE DECLARATION.

**PARCEL 2:**

A. NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR ACCESS, INGRESS AND EGREES, ON, UNDER, THROUGH AND ACROSS CERTAIN PORTIONS OF THE ASSOCIATION PROPERTY DESCRIBED IN THE DECLARATION, WHICH EASEMENTS IS APPURTENANT TO THE LOT DESCRIBED IN **PARCEL 1** ABOVE. SUCH EASEMENTS AS TO ASSOCIATION PROPERTY IN ANOTHER PHASES SHALL BECOME EFFECTIVE AS TO SUCH PHASE UPON CONVEYANCE OF THE FIRST RESIDENTIAL LOT IN THE RESPECTIVE PHASES OR AS PROVIDED IN THE DECLARATION. THESE EASEMENTS ARE GRANTED SUBJECT TO:

B. THE EASEMENT AND OTHER RIGHTS RESERVED IN THE DECLARATION IN FAVOR OF GRANTOR FOR MARKETING AND DEVELOPMENT, INCLUDING, WITHOUT LIMITATION, GRANTOR'S RIGHT TO MAINTAIN MARKETING UNITS IN THE LOT OWNED BY GRANTOR, AS WELL AS THE RIGHT OF ACCESS, INGRESS, AND EGRESS FOR VISITORS TO THE SALES OFFICE AND MARKETING UNITS AND THE RIGHT TO MAINTAIN SIGNS OR OTHER MARKETING MATERIALS WITHIN THE ASSOCIATION PROPERTY OF THE PROJECT (DEFINED IN THE DECLARATION):

      C.    GRANTOR'S EASEMENT FOR INGRESS AND EGRESS, IN, ON, OVER, THROUGH AND ACROSS THE ASSOCIATION PROPERTY TO PERMIT GRANTOR TO INSTALL IMPROVEMENTS THEREON; AND

      D.    GRANTOR'S RIGHT TO PREVENT ACCESS OVER PORTIONS OF ASSOCIATION PROPERTY BY PLACING A CONSTRUCTION FENCE OR OTHER BARRIER THEREON PRIOR TO COMPLETION OF CONSTRUCTION OF ALL IMPROVEMENTS WITHIN THE PROJECT, PROVIDED THAT GRANTEE HAS AT LEAST ONE ROUTE OF ACCESS BETWEEN THE LOT DESCRIBED IN **PARCEL 1 ABOVE** AND A PUBLIC STREET.

THE REAL PROPERTY CONVEYED IN THIS GRANT DEED (THE "PROPERTY") IS CONVEYED TOGETHER WITH A MEMBERSHIP IN THE MAHOGANY HILLS HOMEOWNERS ASSOCIATION ("ASSOCIATION") AND ACCEPTED SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITTONS AND RESTRICTIONS OF MAHOGANY HILLS, RECORDED IN THE OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA ON NOVEMBER 14, 2013 AS DOCUMENT NO. 2013-0541116, THAT CERTAIN FIRST AMENDMENT TO DECLARATION OF COVENANTS, CONDITTONS AND RESTRICTIONS OF MAHOGANY HILLS RECORDED ON SEPTEMBER 30, 2014 AS INSTRUMENT NUMBER 2014-0370674 IN THE OFFICIAL RECORDS OF RIVERSIDE PRIOR TO THE RECORDATION OF THIS GRANT DEED (COLLECTIVELY "**DECLARATION**"), ALL OF WHICH ARE INCORPORATED HEREIN BY REFERENCE TO THIS GRANT DEED WITH THE SAME EFFECT AS THOUGH FULLY SET FORTH HEREIN. AS MORE PARTICULARLY DESCRIBED IN THE DECLARATION, THE PROPERTY IS CONVEYED SUBJECT TO SUCH EASEMENTS IN FAVOR OF THE ASSOCIATION AS ARE NECESSARY TO PERFORM THE DUTIES AND OBLIGATIONS OF THE ASSOCIATION AND CERTAIN EASEMENTS RESERVED BY GRANTOR. GRANTEE, IN ACCEPTING THIS GRANT DEED AND THE CONVEYANCE HEREUNDER, DOES HEREBY AGREE, JOINTLY AND SEVERALLY, FOR THE BENEFIT OF THE ASSOCIATION AND EACH AND EVERY ONE OF THE OTHER MEMBERS OF THE ASSOCIATION. THAT GRANTEE WILL PROMPTLY, FULLY AND FAITHFULLY COMPLY WITH AN CONFORM TO THE DECLARATION AND THE ARTICLES OF INCORPORATION AND BYLAWS OF THE ASSOCIATION AND THE RULES AND ARCHITECTURAL GUIDELINES REFERENCED IN THE DECLARATION, IN PARTICULAR, GRANTEE DOES HEREBY AGREE, JOINTLY AND SEVERALLY, PROMPTLY TO PAY IN FULL ANY DUES, FEES OR ASSESSMENTS LEVIED BY THE ASSOCIATION ON EACH OF THE MEMBERSHIP CONVEYED HEREBY. THE OBLIGATIONS OF GRANTEE HEREIN SET FORTH SHALL BE COVENANTS RUNNING WITH THE PROPERTY IT BEING UNDERSTOOD THAT SAID MEMBERSHIP IN THE ASSOCIATION AND THE OBLIGATIONS THEREOF, WILL AUTOMATICALLY PASS TO GRANTEE'S SUCCESSOR IN TITLE IN THE PROPERTY, WHETHER SUCH SUCCESSORS ACQUIRE TITLE TO THE PROPERTY BY FORECLOSURE OR OTHERWISE, AND SHALL BEE BINDING UPON THE GRANTEES ABOVE NAMED, THEIR HEIRS, DEVISEES, EXECUTORS, ADMINISTRATORS, SUCCESSORS AND ASSIGNS.

THE PROPERTY IS ALSO CONVEYED AND ACCEPTED SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITTONS AND RESTRICTIONS

ESTABLISHING SOLAR SHADING RESTRICTIONS, RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY ON JUNE 6, 2014 AS DOCUMENT NO. 2014-0208577 AND ANY AMENDMENTS OR SUPPLEMENTS THERETO, ALL OF WHICH ARE INCORPORATED HEREIN BY REFERENCE WITH THE SAME EFFECT AS THOUGH FULLY SET FORTH HEREIN.

THE PROPERTY IS ALSO CONVEYED AND ACCEPTED SUBJECT TO THAT CERTAIN NOTICE OF NONADVERSARIAL PROCEDURE, NOTICE TO SUCCESSORS IN INTEREST, AND NOTICE OF BUILDERS AGENT FOR NOTICE UNDER CALIFORNIA CIVIL CODE SECTION 912(f)M 912(h), AND 912 (e) RECORDED IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA AND ANY AMENDMENTS THERETO NOW OF RECORD OR WHICH WILL BE RECORD PRIOR TO THE RECORDATION OF THIS GRANT DEED (COLLECTIVELY, THE "NOTICE"). ALL OF WHICH ARE INCORPORATED HERE BY REFERENCE WITH THE SAME EFFECT AS THOUGH FULLY SET FORTH HEREIN.

4.   HSI or its representative shall take custody of the defendant property immediately upon the entry of this Consent Judgment of Forfeiture. Claimants shall take all reasonable precautions to prevent any destruction to or diminution in value of the defendant property and any fixtures thereto, including maintaining a property insurance policy, until HSI takes custody of the defendant property. If any occupants fail to vacate the defendant property or remove personal property before the entry of this Consent Judgment of Forfeiture, HSI or its representative is hereby authorized to remove such occupants and property from the defendant property without further order of the Court or notice to Claimants.

5.   The parties further stipulate and agree there was reasonable cause for the institution of these proceedings. The consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6.   Each of the parties shall bear its own fees and costs in connection with this matter.

Dated: 1/6/20

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

\_\_\_\_/s/_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA